ALWIN CONSTRUCTION COMPANY, INC. *v.* DOUGLAS M. COSTLE, COMMISSIONER OF ENVIRONMENTAL PROTECTION ET AL.

The named defendant's motion for a review of the action of the trial court dated December 30, 1974, in the appeal from the Court of Common Pleas in Fairfield County is granted and the request that the trial court be directed to file a limited finding as to such claims of law as were made in that court is granted.

*Brian E. O'Neill,* assistant attorney general, in support of the motion.

*Melvin J. Silverman,* in opposition.

Submitted January 13—decided January 29, 1975

STATE OF CONNECTICUT *v.* WILLIAM WARREN

The defendant's motion to expedite the appeal from the Superior Court in New Haven County is denied.

*John R. Williams,* in support of the motion.

Submitted January 13—decided January 29, 1975